**Terry BORCHARDT, Appellant,**

v.

**State of MINNESOTA; Minnesota Department of Revenue; Acting through agents James Lee and Jerry McClure, Appellees.**

**No. 07–1731.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 13, 2008.

Filed: Feb. 19, 2008.

Terry Borchardt, Minneapolis, MN, pro se.

Craig R. Anderson, Attorney General's Office, St. Paul, MN, for Appellees.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Terry Borchardt appeals the district court's [1] Federal Rule of Civil Procedure 12(b)(1) dismissal with prejudice of his

Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

complaint challenging the garnishment of his wages pursuant to a Notice of Levy issued by the Minnesota Department of Revenue. Upon de novo review, *see Cedar Rapids Cellular Tel., L.P. v. Miller,* 280 F.3d 874, 878 (8th Cir.2002), we conclude that dismissal was proper for the reasons stated by the district court. However, we modify the judgment to be without prejudice, *see Hernandez v. Conriv Realty Assocs.,* 182 F.3d 121, 123 (2d Cir. 1999) (Article III prevents federal courts from dismissing case with prejudice where subject matter jurisdiction is lacking), and we affirm the judgment as modified, *see* 8th Cir. R. 47B.